UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>        Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC.,<br><br>        Defendant. | No. 6:20-cv-00816<br><br>JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following: WSOU Investments, LLC is a private corporation whose parent is WSOU Holdings, LLC. Neither entity is public traded.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 4, 2020 | */s/ Raymond W. Mort, III* |
|  | Raymond W. Mort, III |
| Edward J. Naughton | Texas State Bar No. 00791308 |
| (*pro hac vice* to be filed) | raymort@austinlaw.com |
| enaughton@brownrudnick.com | THE MORT LAW FIRM, PLLC |
| Rebecca MacDowell Lecaroz | 100 Congress Avenue, Suite 2000 |
| (*pro hac vice* to be filed) | Austin, Texas 78701 |
| rlecaroz@brownrudnick.com | Tel/Fax: 512-865-7950 |
| BROWN RUDNICK LLP |  |
| One Financial Center |  |
| Boston, Massachusetts 02111 |  |
| telephone:  (617) 856-8200 |  |
| facsimile:  (617) 856-8201 |  |
|  |  |
| Alessandra C. Messing |  |
| (*pro hac vice* to be filed) |  |
| amessing@brownrudnick.com |  |
| Timothy J. Rousseau |  |
| (*pro hac vice* to be filed) |  |
| trousseau@brownrudnick.com |  |
| Yarelyn Mena |  |
| (*pro hac vice* to be filed) |  |
| ymena@brownrudnick.com |  |
| BROWN RUDNICK LLP |  |
| 7 Times Square |  |
| New York, New York 10036 |  |
| telephone:  (212) 209-4800 |  |
| facsimile:  (212) 209-4801 |  |
|  |  |
| David M. Stein |  |
| dstein@brownrudnick.com |  |
| (*pro hac vice* to be filed) |  |
| Sarah G. Hartman |  |
| (*pro hac vice* to be filed) |  |
| shartman@brownrudnick.com |  |
| BROWN RUDNICK LLP |  |
| 2211 Michelson Drive, 7th Floor |  |
| Irvine, California 92612 |  |
| telephone:  (949) 752-7100 |  |
| facsimile:  (949) 252-1514 |  |
|  | *Counsel for Plaintiff* |
|  | *WSOU Investments, LLC d/b/a* |
|  | *Brazos Licensing and Development* |