UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant | Case No. 6:20-cv-00816<br><br>JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME TO ANSWER

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development, hereby moves for an extension of forty five (45) days for Defendant Juniper Networks, Inc. to answer or otherwise respond to Plaintiff's complaint. The current deadline for Defendant to answer or otherwise respond to the complaint is October 2, 2020. Plaintiff seeks an extension to November 16, 2020 as the new deadline for Defendant to answer or otherwise respond to Plaintiff's complaint. Counsel for Plaintiff has conferred with counsel for Defendant, and the Defendant is unopposed to this motion.

Dated: October 2, 2020                                    Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
100 Congress Ave, Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**