## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| **WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,**<br><br>Plaintiff<br><br>v.<br><br>**JUNIPER NETWORKS, INC.,**<br><br>Defendant | **Case No. 6:20-cv-00816**<br><br>**JURY TRIAL DEMANDED** |

### ORDER

The Court, having considered WSOU Investments, LLC d/b/a Brazos Licensing and Development's motion for extension of time for Defendant Juniper Networks, Inc. to answer or otherwise respond to Plaintiff's complaint, finds that the motion for extension of time has merit and thus hereby GRANTS the motion for an extension.

Accordingly, the deadline for Defendant Juniper Networks, Inc. to answer or otherwise respond is extended until and including November 16, 2020.

_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE