UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>    Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | No. 6:20-cv-00816-ADA<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and defendant Juniper Networks, Inc. ("Juniper") hereby stipulate that all of Brazos's claims in this action against Juniper shall be dismissed with prejudice, and that all of Juniper's claims and defenses in this action against Brazos shall be dismissed without prejudice. Brazos and Juniper shall each bear their own costs, expenses, and attorneys' fees. The dismissal is not the result of any settlement agreement, license, payment, or other consideration to Brazos or any other entity.

Dated: March 23, 2021

Respectfully submitted,

/s/ Todd Briggs
B. Russell Horton
rhorton@bhkh.com
GEORGE BROTHERS KINCAID & HORTON LLP
114 West 7th Street, Suite 1100
Austin, Texas 78701
telephone:  (512) 495-1400
facsimile:  (512) 499-0094

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com

/s/ Raymond W. Mort, III
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax:      (512) 677-6825

Edward J. Naughton
Massachusetts State Bar No. 600059

Todd Briggs
toddbriggs@quinnemanuel.com
Margaret Shyr (pro hac vice)
margaretshyr@quinnemanuel.com
Joseph E. Reed (pro hac vice)
joereed@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
telephone:  (650) 801-5000
facsimile:   (650) 801-5100

Nima Hefazi (pro hac vice)
nimahefazi@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
telephone:  (213) 443-3000
facsimile:   (213) 443-3100

*Counsel for Defendant
Juniper Networks, Inc.*

enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
(admitted *pro hac vice*)
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone:  (617) 856-8200
facsimile:   (617) 856-8201

Alessandra C. Messing
New York State Bar No. 5040019
amessing@brownrudnick.com
Timothy J. Rousseau
New York State Bar No. 4698742
trousseau@brownrudnick.com
Yarelyn Mena
(admitted *pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:  (212) 209-4800
facsimile:   (212) 209-4801

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:  (949) 752-7100
facsimile:   (949) 252-1514

*Counsel for Plaintiff
WSOU Investments, LLC d/b/a
Brazos Licensing and Development*